IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN SOPHIA PURDY,

    Petitioner,        No. 2:12-cv-1830 JAM DAD P

    vs.

BUTTE COUNTY SUPERIOR COURT, et al.,

    Respondent.        <u>ORDER</u>

        On April 11, 2013, the court granted petitioner thirty days in which to file a petition for writ of habeas corpus using this court's form petition. Petitioner has requested an extension of time to file a petition for writ of habeas corpus pursuant to the court's order. The request will be granted.

        Petitioner has also concurrently filed a document styled, "Motion To Clearify [sic] 4/10/13 Order: Challenge Of Judgment Against Plaintiff In the Butte County Superior Court." Petitioner affirms in that document that she is seeking to challenge her conviction and requests "to have Butte County Superior Court disclose relevant documentary evidence needed to establish petitioners [sic] claims[.]" (Doc. No. 15 at 1.) To the extent that petitioner is requesting leave of this court to conduct discovery, the request is denied as premature. Petitioner has not yet filed a federal habeas petition which is necessary to commence this action.

Lastly, petitioner's has filed an application requesting leave to proceed in forma pauperis. Petitioner has already paid the filing fee. Thus, the application is unnecessary at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's May 6, 2013 request for extension of time (Doc. No. 14) is granted;

2. Within thirty days from the date of this order, petitioner shall file a petition for a writ of habeas corpus using the form petition provided with the court's April 11, 2013 order;

3. Petitioner's May 6, 2013 request for clarification and an order to conduct discovery (Doc. No. 15) is denied; and

4. Petitioner's May 6, 2013 application requesting leave to proceed in forma pauperis (Doc. No. 16) is denied as unnecessary.

DATED: May 13, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
purd1830.111